Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Adam Hollander-Urbach (SBN 252887)
LAW OFFICE OF ADAM HOLLANDER-URBACH
9170 Wilshire Boulevard, Suite 450
Beverly Hills, California 90210
Telephone Number: (888) 759-4047
Facsimile Number: (888) 759-4047
Email Address: adaholla@gmail.com

Attorneys for Plaintiff
BRUCE R. KUROKI

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| BRUCE R. KUROKI,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>LAW OFFICES OF SIEGEL & SIEGEL, a general partnership, and EDWIN B. SIEGEL, individually and in his official capacity,<br><br>　　　　　　　Defendants. | Case No. CV12-10844 GAF (PJWx)<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>15 United States Code § 1692 *et seq.* |

Plaintiff, BRUCE R. KUROKI, based on information and belief and investigation of counsel, except for those allegations which pertain to the named Plaintiff or his attorneys (which are alleged on personal knowledge), hereby makes the following allegations:

**I. INTRODUCTION**

1. This is an action for actual damages, statutory damages, attorney fees and costs brought by an individual consumer for Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter "FDCPA") which prohibits debt collectors from engaging in

abusive, deceptive and unfair practices.

2. According to 15 U.S.C. § 1692:

a. There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.

b. Existing laws and procedures for redressing these injuries are inadequate to protect consumers.

c. Means other than misrepresentation or other abusive debt collection practices are available for the effective collection of debts.

d. Abusive debt collection practices are carried on to a substantial extent in interstate commerce and through means and instrumentalities of such commerce. Even where abusive debt collection practices are purely intrastate in character, they nevertheless directly affect interstate commerce.

e. It is the purpose of this title to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses.

## II. JURISDICTION

3. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

4. This action arises out of Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

### III. VENUE

5.  Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b), in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district. Venue is also proper in this judicial district pursuant to 15 U.S.C. § 1692k(d), in that Defendants transact business in this judicial district and the violations of the FDCPA complained of occurred in this judicial district.

### IV. INTRADISTRICT ASSIGNMENT

6.  This lawsuit should be assigned to the Western Division of this Court because a substantial part of the events or omissions which gave rise to this lawsuit occurred in Los Angeles County.

### V. PARTIES

7.  Plaintiff, BRUCE R. KUROKI (hereinafter "Plaintiff"), is a natural person residing in Los Angeles County, California. Plaintiff is a "consumer" within the meaning of 15 U.S.C. § 1692a(3).

8.  Plaintiff is informed and believes, and thereon alleges that Defendant, LAW OFFICES OF SIEGEL & SIEGEL (hereinafter "LAW OFFICES"), is or was at all relevant times, a general partnership engaged in the business of collecting debts in this state with its principal place of business located at: 6355 Topanga Canyon Boulevard, Suite 255, Woodland Hills, California 91367. LAW OFFICES may be served as follows: Law Offices of Siegel & Siegel, c/o Edwin B. Siegel, General Partner, 6355 Topanga Canyon Boulevard, Suite 255, Woodland Hills, California 91367. The principal business of LAW OFFICES is the collection of debts using the mails and telephone, and LAW OFFICES regularly attempts to collect debts alleged to be due another. LAW OFFICES is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6).

- 3 -
COMPLAINT

9. Defendant, EDWIN B. SIEGEL (hereinafter "SIEGEL"), is a natural person and licensed attorney in the state of California. SIEGEL may be served at his current business address at: Edwin B. Seigel, Law Offices of Siegel & Siegel, 6355 Topanga Canyon Boulevard, Suite 255, Woodland Hills, California 91367. The principal purpose of SIEGEL's business in the collection consumer debts due or alleged to be due another. SIEGEL is regularly engaged in the business of collecting consumer debts by filing and maintaining numerous civil debt collection lawsuits on behalf of others and obtaining judgments in those lawsuits by utilizing the U.S. Mail, telephone and internet. SIEGEL is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6).

10. At all times herein mentioned, each of the Defendants was an officer, director, agent, servant, employee and/or joint venturer of his co-defendants, and each of them, and at all said times, each Defendant was acting in the full course and scope of said office, directorship, agency, service, employment and/or joint venture. Any reference hereafter to "Defendants" without further qualification is meant by Plaintiff to refer to each Defendant, and all of them, named above.

## VI. FACTUAL ALLEGATIONS

11. On a date or dates unknown to Plaintiff, Plaintiff incurred a financial obligation, namely a consumer credit account issued by Chase Bank (USA), N.A. (hereinafter "the debt"). The debt was incurred primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

12. Plaintiff is informed and believes, and thereon alleges, that sometime thereafter on a date unknown to Plaintiff, the debt was sold, assigned or otherwise transferred to Executive Financial Enterprises, Inc.

13. Plaintiff is informed and believes, and thereon alleges, that sometime thereafter on a date unknown to Plaintiff, the debt was consigned, placed or otherwise transferred to Defendants for

collection from Plaintiff.

14. On or about December 19, 2011, Defendants filed a lawsuit against Plaintiff in the Superior Court of California, Los Angeles County captioned *Executive Financial Enterprises, Inc. v. Bruce A. Kukoki*, Case No. 11-B-04666 (hereinafter the "*Executive Financial Enterprises v. Kukoki* complaint"), which sought to collect $6,013.76 in damages.

15. A true and accurate copy of the *Executive Financial Enterprises v. Kukoki* complaint is attached hereto, marked Exhibit "1," and by this reference is incorporated herein.

16. The *Executive Financial Enterprises v. Kukoki* complaint (Exhibit "1") stated as follows:

> On or about (dates): October 4, 2007 defendant breached the agreement by the following acts (specify): Defendant Failed to pay for accrued charges on the credit card, and late charges and interest assessed thereon, on a timely basis as agreed, or at all.

17. Chase Bank (USA), N.A., is a national banking association with its principal offices located at: 200 White Clay Center Drive, Newark, Delaware 19711.

18. Plaintiff is informed and believes, and thereon alleges, that the Customer Agreement between Plaintiff and Chase Bank (USA), N.A., states in relevant part as follows:

> Governing Law: THE TERMS AND ENFORCEMENT OF THIS AGREEMENT AND YOUR ACCOUNT SHALL BE GOVERNED AND INTERPRETED IN ACCORDANCE WITH FEDERAL LAW AND, TO THE EXTENT STATE LAW APPLIES, THE LAW OF DELAWARE, WITHOUT REGARD TO CONFLICT-OF-LAW PRINCIPLES. THE LAW OF DELAWARE, WHERE WE AND YOUR ACCOUNT ARE LOCATED, WILL APPLY NO MATTER WHERE YOU LIVE OR USE THE ACCOUNT.

19. The Delaware statute of limitations for breach of a credit card agreement is three years. See, 10 Del. Code § 8106.

20. Chase Bank (USA), N.A.'s claims against Plaintiff accrued more than three years prior to the filing of the *Executive Financial Enterprises v. Kukoki* complaint (Exhibit "1"). "A debt

collector violates the FDCPA by using the courts to attempt to collect a time-barred debt."[1]

21.  The *Executive Financial Enterprises v. Kukoki* complaint (Exhibit "1") misrepresented the character, amount and legal status of the debt.

22.  As a result of the *Executive Financial Enterprises v. Kukoki* complaint (Exhibit "1"), Plaintiff was required to retain legal counsel at his own expense thereby incurring actual damages in the form of attorney fees and costs.[2]

23.  Plaintiff is informed and believes, and thereon alleges, that Defendants have filed and served standard form complaints in the form of Exhibit "1" on more than 40 persons in California in the one year preceding the filing of this Complaint. Therefore, Plaintiff may seek leave to amend this Complaint to add class allegations at a later date.

### VII.  CLAIMS

### FAIR DEBT COLLECTION PRACTICES ACT

24.  Plaintiff brings the first claim for relief against Defendants under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

25.  Plaintiff incorporates all paragraphs in this Complaint as though fully set forth herein.

26.  Plaintiff is a "consumer" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(3).

27.  Defendant, LAW OFFICES, is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

---

[1] *McCollough v. Johnson, Rodenberg & Lauinger*, 587 F. Supp. 2d 1170, 1176 (D. Mont. 2008) (affirmed by *McCollough v. Johnson, Rodenburg & Lauinger, LLC*, 637 F.3d 939 (9th Cir. 2011)).

[2] See, *Owens v. Howe*, 365 F. Supp. 2d 942, 948 (N.D. Ind. 2005) (the attorney fees and cost incurred defending a state court lawsuit are properly awarded as actual damages under 15 U.S.C. § 1692k(a)(1), and not under 15 U.S.C. § 1692k(a)(3)); *Lowe v. Elite Recovery Solutions L.P.*, 2008 U.S. Dist. LEXIS 8353, at *9 (E.D. Cal. Feb. 4, 2008) (awarding attorney fees court costs incurred defending state court action as actual damages under 15 U.S.C. § 1692k).

28.  Defendant, SIEGEL, is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

29.  The financial obligation owed by Plaintiff is a "debt" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(5).

30.  Defendants have violated the FDCPA. The violations include, but are not limited to, the following:

    a.  Defendants made and used false, deceptive and misleading representations in an attempt to collect the debt, in violation of 15 U.S.C. §§ 1692e and 1692e(10);

    b.  Defendants misrepresented the character or legal status of the debt, in violation of 15 U.S.C. § 1692e(2)(A); and

    c.  Defendants attempted to collect a debt that is known by Defendants to be barred by the applicable statute of limitations, in violation of 15 U.S.C. § 1692f.

31.  Defendants' acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the debt.

32.  As a result of Defendants' violations of the FDCPA, Plaintiff is entitled to an award of actual damages, statutory damages, costs and reasonable attorneys fees, pursuant to 15 U.S.C. § 1692k.

## VIII. REQUEST FOR RELIEF

Plaintiff requests that this Court:

a) Assume jurisdiction in this proceeding;

b) Declare that Defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692e, 1692e(2)(A), 1692e(10), and 1692f;

c) Award Plaintiff actual damages in an amount to be determined at trial, pursuant to 15

U.S.C. § 1692k(a)(1);

d) Award Plaintiff statutory damages in an amount not to exceed $1,000, pursuant to 15 U.S.C. § 1692k(a)(2)(A);

e) Award Plaintiff the costs of this action and reasonable attorneys fees pursuant to 15 U.S.C. § 1692k(a)(3); and

f) Award Plaintiff such other and further relief as may be just and proper.

CONSUMER LAW CENTER, INC.

By: _____
Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Adam Hollander-Urbach (SBN 252887)
9170 Wilshire Boulevard, Suite 450
Beverly Hills, California 90210
Telephone Number: (888) 759-4047
Facsimile Number: (888) 759-4047
Email Address: adaholla@gmail.com

Attorneys for Plaintiff
BRUCE R. KUROKI

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, BRUCE R. KUROKI, hereby demands a trial by jury of all triable issues of fact in the above-captioned case.

_____
Fred W. Schwinn, Esq.

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Edwin B. Siegel (35711)<br>Brandi S. Roschko (159060)<br>Law Offices of Siegel & Siegel<br>6355 Topanga Canyon Boulevard, Suite 255<br>Woodland Hills, California 91367<br>TELEPHONE NO: (818)593-2100   FAX NO. *(Optional)*: (818)593-2180<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff | CONFORMED COPY<br>OF ORIGINAL FILED<br>Los Angeles Superior Court<br><br>DEC 19 2011<br><br>John A. Clarke, Executive Officer/Clerk<br>By_____, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 1427 West Covina Parkway
MAILING ADDRESS:
CITY AND ZIP CODE: West Covina, California 91790
BRANCH NAME: West Covina Parkway

PLAINTIFF: EXECUTIVE FINANCIAL ENTERPRISES, INC., a California Corporation
DEFENDANT: BRUCE R. KUKOKI; and

[x] DOES 1 TO   10, inclusive

**CONTRACT**
[x] COMPLAINT          [x] AMENDED COMPLAINT *(Number)*: FIRST
[ ] CROSS-COMPLAINT  [ ] AMENDED CROSS-COMPLAINT *(Number)*:

Jurisdiction *(check all that apply)*:
[x] ACTION IS A LIMITED CIVIL CASE
    Amount demanded [x] does not exceed $10,000
                    [ ] exceeds $10,000, but does not exceed $25,000
[ ] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER:
11 B 04666

1. Plaintiff* *(name or names)*: EXECUTIVE FINANCIAL ENTERPRISES, INC., a California Corporation

   alleges causes of action against defendant* *(name or names)*: BRUCE R. KUKOKI and DOES 1 through 10, inclusive

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4
3. a. Each plaintiff named above is a competent adult
      [x] except plaintiff *(name)*: EXECUTIVE FINANCIAL ENTERPRISES, INC.
         (1) [x] a corporation qualified to do business in California
         (2) [ ] an unincorporated entity *(describe)*:
         (3) [ ] other *(specify)*:

   b. [ ] Plaintiff *(name)*:
      a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name *(specify)*:

      b. [ ] has complied with all licensing requirements as a licensed *(specify)*:

   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
      [ ] except defendant *(name)*:                    [ ] except defendant *(name)*:
         (1) [ ] a business organization, form unknown     (1) [ ] a business organization, form unknown
         (2) [ ] a corporation                             (2) [ ] a corporation
         (3) [ ] an unincorporated entity *(describe)*:    (3) [ ] an unincorporated entity *(describe)*:
         (4) [ ] a public entity *(describe)*:             (4) [ ] a public entity *(describe)*:
         (5) [ ] other *(specify)*:                        (5) [ ] other *(specify)*:

EXHIBIT 1

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
LD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Legal Solutions Plus

Code of Civil Procedure, § 425.12

**PLD-C-001**

| SHORT TITLE: EXECUTIVE FINANCIAL, etc. vs. BRUCE R. KUKOKI, etc. | CASE NUMBER: |
|---|---|

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) [x] Doe defendants *(specify Doe numbers):* 1 - 10, inclusive were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) [ ] Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.
   c. [ ] Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. [ ] Plaintiff is required to comply with a claims statute, **and**
   a. [ ] has complied with applicable claims statutes, *or*
   b. [ ] is excused from complying because *(specify):*

6. [ ] This action is subject to   [ ] Civil Code section 1812.10   [ ] Civil Code section 2984.4.
7. This court is the proper court because
   a. [ ] a defendant entered into the contract here.
   b. [ ] a defendant lived here when the contract was entered into.
   c. [x] a defendant lives here now.
   d. [ ] the contract was to be performed here.
   e. [ ] a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. [ ] real property that is the subject of this action is located here.
   g. [ ] other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   [x] Breach of Contract
   [x] Common Counts
   [ ] Other *(specify):*

9. [x] Other allegations:

   PRIOR TO THE COMMENCEMENT OF THIS ACTION, DEFENDANT(S) RECEIVED SEPARATE WRITTEN NOTICES FROM PLAINTIFF, AS REQUIRED UNDER CIVIL CODE SECTION 1812.700, AND APPLICABLE FEDERAL LAW.

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. [x] damages of: $ 6,013.76
    b. [x] interest on the damages
       (1) [ ] according to proof
       (2) [x] at the rate of *(specify):* 10% percent per year from *(date):* October 4, 2007
    c. [x] attorney's fees
       (1) [ ] of: $
       (2) [x] according to proof.
    d. [x] other *(specify):*
       Such other and further relief as the Court may deem just and proper.

11. [ ] The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: October 6, 2011

EDWIN B. SIEGEL
(TYPE OR PRINT NAME) ▶ (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007]     **COMPLAINT—Contract**     Page 2 of 2

| SHORT TITLE: EXECUTIVE FINANCIAL, etc. vs. BRUCE R. KUKOKI, etc. | CASE NUMBER: 11 B 04666 |
|---|---|

## CAUSE OF ACTION—Breach of Contract

__FIRST__ (number)

ATTACHMENT TO  [x] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name)*: EXECUTIVE FINANCIAL ENTERPRISES, etc.

  alleges that on or about *(date):*  Prior to commencement of this action
  a [x] written  [ ] oral  [ ] other *(specify):*
  agreement was made between *(name parties to agreement):*  CHASE BANK USA N.A. and defendants, BRUCE R. KULOKI and defendants, DOES 1 through 10, inclusive
  [ ] A copy of the agreement is attached as Exhibit A, or
  [x] The essential terms of the agreement   [ ] are stated in Attachment BC-1   [x] are as follows *(specify):*

  Chase Bank USA N.A. issued a credit card to defendant and agreed to pay third parties for charges made by defendant for goods, services and/or cash advances, and defendant agreed to pay Chase Bank for such charges on the stated payment terms. After defendant's default, Chase Bank sold the claim to a third party, and the claim has since been assigned to plaintiff for collection purposes.

BC-2. On or about *(dates):*  October 4, 2007
  defendant breached the agreement by  [ ] the acts specified in Attachment BC-2  [x] the following acts *(specify):*  Defendant failed to pay for accrued charges on the credit card, and late charges and interest assessed thereon, on a timely basis as agreed, or at all.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
  [ ] as stated in Attachment BC-4   [x] as follows *(specify):*

  Unpaid charges, inteest and late fees in the sum of $6,013.76.

BC-5. [x] Plaintiff is entitled to attorney fees by an agreement or a statute
  [ ] of $
  [x] according to proof.

BC-6. [ ] Other:

Page __3__

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION—Breach of Contract**

Legal Solutions Plus

Code of Civil Procedure, § 425.12

PLD-C-001(2)

| SHORT TITLE: EXECUTIVE FINANCIAL, etc. vs. BRUCE R. KUKOKI, etc. | CASE NUMBER: 11 B 04666 |
|---|---|

**SECOND** _(number)_   **CAUSE OF ACTION—Common Counts**

ATTACHMENT TO  ☐ Complaint   ☐ Cross - Complaint

_(Use a separate cause of action form for each cause of action.)_

CC-1. Plaintiff _(name):_ EXECUTIVE FINANCIAL ENTERPRISES, etc.

alleges that defendant _(name):_ BRUCE R. KUKOKI; and DOES 1 through 10, inclusive

became indebted to  ☐ plaintiff  ☒ other _(name):_ Chase Bank USA N.A.

a. ☒ within the last four years
   (1) ☐ on an open book account for money due.
   (2) ☒ because an account was stated in writing by and between plaintiff and defendant in which it was agreed that defendant was indebted to plaintiff.

b. ☒ within the last  ☐ two years  ☒ four years
   (1) ☐ for money had and received by defendant for the use and benefit of plaintiff.
   (2) ☐ for work, labor, services and materials rendered at the special instance and request of defendant and for which defendant promised to pay plaintiff
       ☐ the sum of $
       ☐ the reasonable value.
   (3) ☐ for goods, wares, and merchandise sold and delivered to defendant and for which defendant promised to pay plaintiff
       ☐ the sum of $
       ☐ the reasonable value.
   (4) ☐ for money lent by plaintiff to defendant at defendant's request.
   (5) ☒ for money paid, laid out, and expended to or for defendant at defendant's special instance and request.
   (6) ☐ other _(specify):_

CC-2. $ 6,013.76 , which is the reasonable value, is due and unpaid despite plaintiff's demand, plus prejudgment interest ☐ according to proof ☒ at the rate of 10% percent per year from _(date):_ October 4, 2007

CC-3. ☒ Plaintiff is entitled to attorney fees by an agreement or a statute
       ☐ of $
       ☒ according to proof.

CC-4. ☐ Other:

Page 4

| Form Approved for Optional Use Judicial Council of California PLD-C-001(2) [Rev. January 1, 2009] | CAUSE OF ACTION—Common Counts | Legal Solutions Plus | Page 1 of 1 Code of Civil Procedure, § 425.12 |

Name & Address:
Fred W. Schwinn  (SBN 225575)
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, CA  95113-2418
(408) 294-6100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE R. KUROKI<br><br>PLAINTIFF(S)<br>v.<br>LAW OFFICES OF SIEGEL & SIEGEL, a general partnership, and EDWIN B. SIEGEL, individually and in his official capacity.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 12-10844 GAF (PJWx)<br><br>SUMMONS |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within   21   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, Fred W. Schwinn                           , whose address is  Consumer Law Center, Inc., 12 South First Street, Suite 1014, San Jose, CA  95113-2418 .  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Dated:  12-19-12

Clerk, U.S. District Court

By: CHRIS SAWYER
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                       SUMMONS

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
BRUCE R. KUROKI

**DEFENDANTS**
LAW OFFICES OF SIEGEL & SIEGEL, a general partnership, and EDWIN B. SIEGEL, individually and in his official capacity.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Consumer Law Center, Inc., 12 South First Street, Suite 1014,
San Jose, CA 95113-2418
(408) 294-6100

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No                    ☐ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☒ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | | **FORFEITURE/ PENALTY** | |
| ☐ 810 Selective Service | | | **CIVIL RIGHTS** | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:**   Case Number: CV12-10844

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                        CIVIL COVER SHEET                        Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date December 17, 2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |