NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER
Fred W. Schwinn (SBN 225575)
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, CA 95113-2418
(408) 294-6100

ATTORNEYS FOR: PLAINTIFF, BRUCE R. KUROKI

FILED
CLERK, U.S. DISTRICT COURT
DEC 19 2012
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BRUCE R. KUROKI

Plaintiff(s),

v.

LAW OFFICES OF SIEGEL & SIEGEL, a general partnership, and EDWIN B. SIEGEL, individually and in his official capacity.

Defendant(s)

CASE NUMBER: CV12-10844 GAF(PJWx)

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for PLAINTIFF, BRUCE R. KUROKI (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| BRUCE R. KUROKI | PLAINTIFF |
| LAW OFFICES OF SIEGEL & SIEGEL | DEFENDANT |
| EDWIN B. SIEGEL | DEFANDANT |

December 17, 2012
Date

Sign

Fred W. Schwinn (SBN 225575)
Attorney of record for or party appearing in pro per