```
Edwin B. Siegel        (35711)
Brandi S. Roschko      (159060)
Law Offices of Siegel & Siegel
a Professional Law Corporation
6355 Topanga Canyon Boulevard
Suite 255
Woodland Hills, California  91367
(818)363-7988; FAX:  (818)593-2180
```

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| BRUCE R. KUROKI,<br>a Corporation,<br><br>          Plaintiff<br><br>          -vs-<br><br>LAW OFFICES OF SIEGEL & SIEGEL,<br>a Professional Law Corporation,<br>a California Corporation; and<br>EDWIN B. SIEGEL, individually<br>and in his official capacity,<br>through 10, inclusive,<br><br>          Defendants. | Case No. 2:12-CV-10844<br>          GAF-PJW<br><br>ORDER TO EXTEND TIME TO<br>FILE RESPONSIVE PLEADINGS |

GOOD CAUSE BEING SHOWN, IT IS HEREBY ORDERED that defendants, LAW OFFICES OF SIEGEL & SIEGEL, a Professional Law

---

1

ORDER TO EDTEND TIME TO FILE RESPONSIVE PLEADINGS

Corporation, a California Corporation, and EDWIN B. SIEGEL, individually and in his official capacity, shall have to and including April 7, 2013, to file their responsive pleading to plaintiff's Amended Complaint on file herein.

Dated: February 26, 2013

*[signature: Gary Feess]*

JUDGE OF THE DISTRICT COURT

---

2

ORDER TO EDTEND TIME TO FILE RESPONSIVE PLEADINGS